IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KEVIN S. PERRIN** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| V. | § | |
| | § | CIVIL ACTION NO. 4:08-CV-046-Y |
| **TARGET NATIONAL BANK F/K/A** | § | |
| **RETAILERS NATIONAL BANK** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**DEFENDANT TARGET NATIONAL BANK'S MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Target National Bank ("TNB") now files this files this Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted as follows:

**I. SUMMARY**

Plaintiff Kevin Perrin ("Plaintiff") has filed an Original Petition which has been removed to this Court (hereinafter the "Complaint") seeking to hold TNB liable for violations of the Federal Fair Credit Reporting Act and the Texas Finance Code. TNB seeks to dismiss the Complaint based on Plaintiff's failure to state a claim upon which relief can be granted.

**II. LEGAL AND FACTUAL BACKGROUND**

The legal and factual grounds on which TNB relies in support of this Motion to Dismiss are set forth in its Brief in Support of the Motion to Dismiss, which is being filed concurrently and is incorporated by reference herein.

-2-

## III. CONCLUSION

WHEREFORE, Defendant Target National Bank respectfully requests that the Court dismiss Plaintiff's claim based on Plaintiff's failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6), and that the Court grant such other and further relief to which the Defendants may be justly entitled.

        Respectfully submitted,

---

Marcy E. Kurtz
Texas Bar No. 11768600
Andrew W. Zeve
State Bar No. 24042209

BRACEWELL & GIULIANI LLP
South Tower Pennzoil Place
711 Louisiana, Suite 2300
Houston, Texas   77002
(713) 223-2300 (Telephone)
(713) 221-1212 (Telecopier)

Morgan D. Meyer
State Bar No. 24013161

BRACEWELL & GIULIANI LLP
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202-2711
Telephone: (214) 758-1069
Telecopier: (214) 758-8349

        in association with

-3-

                    FAEGRE & BENSON LLP
                    Brian Melendez,
                    No. 223633 (Minn.)
                    bmelendez@faegre.com
                    2200 Wells Fargo Center
                    90 South Seventh Street
                    Minneapolis, MN 55402-3901
                    Ph. 612.766.7309
                    Fax 612.766.1600

                    ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been served on counsel of record on this the 1st day of February, 2008.

                    _____
                    Marcy E. Kurtz